# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LOFTUS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMERO MINING CORP., JOSEPH F. CONWAY, ERNEST MAST, DAVID BLAIKLOK, AND WENDY KAUFMAN,<br><br>Defendants. | Case No.: 2:16-cv-01034 BRO(RAOx)<br><br>**FINAL JUDGEMENT OF DISMISSAL** |

On July 14, 2017 the Court issued an order (ECF No. 97) granting, without prejudice, Defendants' motion to dismiss (ECF No. 92) the First Amended Class Action Complaint (ECF No. 85) for failure to state a claim.

On August 4, 2017 Lead Plaintiffs Royal Wulff Ventures LLC and Robert E. Cook, as Trustee for the Robert E. Cook and Paula J. Brooks Living Trust Under An Agreement Dated 12/30/1988, filed a notice (ECF No. 98) informing the Court of their intention to stand on their First Amended Complaint (ECF No. 89) and requesting that the Court enter a final judgement of dismissal so that they may appeal the Court's prior order (ECF No. 97) to the Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be, and hereby is, dismissed.

IT IS SO ORDERED.

DATED: August 9, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge